AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREYER, STEPHEN G. | U.S. SUPREME COURT | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOC. JUSTICE SUPREME COURT | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2011 to 12/31/2011 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

SUPREME COURT OF UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | RANDOM HOUSE, INC.; ROYALTY INCOME | $45,631.62 |
| 2. 2011 | THE AUTHORS REGISTRY, INC; ROYALTY INCOME | $1,180.05 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | PSYCHOLOGY PRACTICE |
| 2. 2011 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK UNIVERSITY | FEBRUARY 1, 2011 | NEW YORK, NY | PARTICIPANT IN SENATOR KENNEDY DEDICATION EVENT | ONE-WAY FLIGHT, ONE-WAY TRAIN, LUNCH |
| 2. | DADE COUNTY BAR ASSOCIATION | FEBRUARY 15, 2011 | MIAMI, FL | LECTURE | LODGING, MEALS, & HALF OF FLIGHT |
| 3. | FORUM CLUB OF PALM BEACHES & PALM BEACH COUNTY BAR ASSOCIATION | FERUARY 16, 2011 | PALM BEACH, FL | BOOK EVENT | LODGING, MEALS, & HALF OF FLIGHT |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | COLLEGE DE FRANCE | MARCH 4-11, 2011 | PARIS, FRANCE | PARTICIPANT IN SEVERAL SPEAKING EVENTS ARRANGED BY PROF. DELMAS-MARTY | FLIGHT & MEALS |
| 5. | BRITISH INSTITUTE OF INTERNATIONAL AND COMPARATIVE LAW (J. JOWELL) | MARCH 11, 2011 | LONDON, UNITED KINGDOM | BOOK EVENT | TRAIN FROM PARIS TO LONDON |
| 6. | UNIVERSITY OF TEXAS AT AUSTIN | APRIL 4-5, 2011 | AUSTIN, TX | BOOK EVENT - LBJ LIBRARY LECTURE | FLIGHT FROM DC TO AUSTIN, AND THEN TO LITTLE ROCK, ARKANSAS. |
| 7. | CLINTON LIBRARY | APRIL 5-6, 2011 | LITTLE ROCK, ARKANSAS | BOOK EVENT - LECTURE | ONE-WAY FLIGHT FROM LITTLE ROCK, ARKANSAS TO BOSTON, MA |
| 8. | RUTGERS UNIV/NEW JERSEY NETWORK | APRIL 28, 2011 | NEWARK, NJ | PARTICIPANT IN 90 MIN RECORDED PROGRAM FOR THE SHOW DUE PROCESS | ROUND-TRIP TRAIN FROM DC TO NEWARK, NJ |
| 9. | MASSACHUSETTS BAR ASSOCIATION | MAY 19, 2011 | BOSTON, MA | KEYNOTE SPEAKER AT 100TH ANNIVERSARY OF MBA | FLIGHT |
| 10. | NEW HAMPSHIRE SUPREME COURT | MAY 26, 2011 | CONCORD, NH | NH SUPREME COURT, CONCORD, NH | ONE-WAY FLIGHT FROM DC TO MANCHESTER, NH |
| 11. | NY HISTORICAL SOCIETY | MAY 31, 2011 | NEW YORK, NY | LECTURE AT NY SOCIETY FOR ETHICAL CULTURE | TRAIN FROM NEW YORK CITY TO DC |
| 12. | ASPEN IDEAS FESTIVAL | JUNE 28, 2011 - JULY 5, 2011 | ASPEN, CO | PARTICIPANT IN VARIOUS SPEAKING EVENTS | FLIGHT, LODGING & MEALS |
| 13. | ABA ANNUAL MEETING | AUGUST 6-7, 2011 | TORONTO, CANADA | PARTICIPANT IN ROUNDTABLE AND KEYNOTE SPEAKER | FLIGHT, TRANSPORTATION, LODGING & MEALS |
| 14. | RADIO FRANCE INSTITUTE | SEPTEMBER 9, 2011 | NEW YORK, NY | LIVE INTERVIEW REGARDING 9/11 AND TERRORISM | FLIGHT |
| 15. | CHICAGO KENT UNIVERSITY, CHICAGO COUNCIL ON GLOBAL AFFAIRS, KNOPF VINTAGE PUBLISHERS | SEPTEMBER 12-13, 2011 | CHICAGO, IL | BOOK EVENT - LECTURE | FLIGHT & LODGING |
| 16. | NIXON LIBRARY FOUNDATION | SEPTEMBER 14, 2011 | YORBA LINDA, CA | BOOK EVENT - LECTURE | FLIGHT |
| 17. | YALE LAW SCHOOL | SEPTEMBER 21-24, 2011 | NEW HAVEN, CT | PARTICIPANT IN YALE GLOBAL CONSTITUTIONALISM SEMINAR | FLIGHT, LODGING & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/15/2012 |

| | | | | |
|---|---|---|---|---|
| 18. WORLD AFFAIRS COUNCIL OF PHILADELPHIA, UNIVERSITY OF BALTIMORE, KNOPF VINTAGE | OCTOBER 13, 2011 | PHILADELPHIA AND BALTIMORE | BOOK EVENT - LECTURE | TRAIN FROM DC TO PHILADELPHIA, AND THEN TO BALTIMORE |
| 19. STANFORD UNIVERSITY SCHOOL OF LAW AND SAN FRANCISCO ARTS & LECTURES | NOVEMBER 15-16, 2011 | SAN FRANCISCO, CA | BOOK EVENT - LECTURE | FLIGHT |
| 20. TRUMAN LIBRARY | DECEMBER 8, 2011 | KANSAS CITY, MO | BOOK EVENT - LECTURE | FLIGHT |
| 21. 92ND STREET Y, CARNEGIE COUNCIL, COSMOPOLITAN CLUB, KNOPF VINTAGE PUBLISHERS | DECEMBER 11-13, 2011 | NEW YORK, NY | VARIOUS BOOK EVENTS | FLIGHT FROM DC TO NEW YORK TO BOSTON |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. GENZYME CPR - RESTRICTED | A | Interest | J | W | | | | | |
| 3. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 4. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | M | T | | | | | |
| 5. U.S. TREASURY NOTE 8/15/13 | B | Interest | K | T | | | | | |
| 6. U.S. TREASURY NOTE 2/15/11 | A | Interest | | | Matured | 02/15/11 | K | A | |
| 7. IRA ACCOUNT: | | | | | | | | | |
| 8. DWS (FKA SCUDDER) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 9. DWS (FKA SCUDDER) LARGE CAPITAL VALUE FUND | B | Dividend | L | T | | | | | |
| 10. OTHER HOLDINGS: | | | | | | | | | |
| 11. DWS (FKA SCUDDER) CORE PLUS INCOME FUND - IRA | A | Dividend | K | T | | | | | |
| 12. BANK OF AMERICA - CHECKING | A | Interest | K | T | | | | | |
| 13. TIAA/CREF | E | Interest | P1 | T | | | | | |
| 14. TRUST: | | | | | | | | | |
| 15. TAI SHAN FUND (FKA CHINA PARTNERS, L.P.) | B | Int./Div. | M | U | | | | | |
| 16. WINDSOR FUND | A | Dividend | K | T | Buy (add'l) | 03/22/11 | K | | |
| 17. AUTOMATIC DATA PROCESSING INC COMMON STOCK | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | L | T | | | | | |
| 19. CINTAS CORP. COMMON STOCK | A | Dividend | L | T | | | | | |
| 20. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 21. VANGUARD S&P 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 22. NOVARTIS AG SPONSORED ADR | | None | | | Sold | 02/16/11 | L | C | |
| 23. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | T | | | | | |
| 24. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | T | | | | | |
| 25. ISHARES MSCI PAC EX-JAPAN INDEX FD | A | Dividend | K | T | | | | | |
| 26. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | K | T | | | | | |
| 27. ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | | | | | |
| 28. U.S. TREASURY BILL - 8/15/13 | B | Interest | K | T | | | | | |
| 29. VANGUARD DIVIDEND GROWTH FUND -IV | B | Dividend | M | T | | | | | |
| 30. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | L | T | | | | | |
| 31. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |
| 32. ROYCE LOW-PRICED STOCK SERVICE FUND | C | Dividend | L | T | | | | | |
| 33. OAKMARK INTERNATIONAL FUND - I | A | Dividend | L | T | | | | | |
| 34. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTERSENSE INC. CLASS C PREFERRED SERIES C-1 | | None | J | T | | | | | |
| 36. INTERSENSE INC. CLASS A PREFERRED SERIES A-2 | | None | J | T | | | | | |
| 37. INTERSENSE INC. CLASS B PREFERRED SERIES B-1 | | None | J | T | | | | | |
| 38. U.S. TREASURY BILL - 6/2/11 | A | Interest | | | Sold | 03/21/11 | K | A | |
| 39. VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | Buy | 03/24/11 | K | | |
| 40. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 41. FIDELITY MA MUNICIPAL INCOME | B | Dividend | L | T | Buy | 03/21/11 | L | | |
| 42. | | | | | Buy (add'l) | 4/5/11 | K | | |
| 43. U.S. TREASURY BILL - 9/20/12 | | None | K | T | Buy | 10/05/11 | K | | |
| 44. OTHER ASSETS: | | | | | | | | | |
| 45. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | L | T | | | | | |
| 46. SK-N-A NATIONAL BANK SAVINGS ACCT | | None | J | T | | | | | |
| 47. PEARSON ORD. STOCK | E | Dividend | P1 | T | | | | | |
| 48. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | M | W | | | | | |
| 49. TOTAL FINA SA SPONSORED ADR | B | Dividend | K | T | | | | | |
| 50. NOKIA CORP. ADS | B | Dividend | K | T | | | | | |
| 51. LAND IN CONCORD, MA | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (I) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 53. HEINZ HJ CO - COMMON STOCK | B | Dividend | K | T | | | | | |
| 54. IBM - COMMON STOCK | B | Dividend | L | T | | | | | |
| 55. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 56. PACCAR INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 57. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | | | | | |
| 58. UNITED TECHNOLOGIES CORP - COMMON STOCK | B | Dividend | L | T | | | | | |
| 59. AMGEN INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 60. CISCO SYSTEMS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 61. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 62. SSGA MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 63. NESTLE SA - COMMON STOCK | B | Dividend | | | Sold | 12/07/11 | K | E | |
| 64. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 65. BHP BILTON LTD | B | Dividend | L | T | | | | | |
| 66. CAMBRIDGE, MA 4.00% 01/01/2014 | C | Interest | L | T | | | | | |
| 67. HOPKINTON, MA 4.00% 07/01/2011 | B | Interest | | | Matured | 07/01/11 | L | A | |
| 68. SHARON, MA 4.00% 9/15/2013 | C | Interest | L | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | KING PHILIP REG. SCHOOL DISTRICT, MA 4.25% 12/15/2012 | C | Interest | L | T | | | | | |
| 70. | EMC CORP MASS - COMMON STOCK | | None | K | T | | | | | |
| 71. | WELLESLEY MASSACHUSETTS GENERAL OBLIGATION 4.00% 06/01/2012 | C | Interest | L | T | | | | | |
| 72. | JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 73. | STANCROFT TRUST LIMITED | E | Dividend | M | W | | | | | |
| 74. | FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | | |
| 75. | EATON VANCE GROWTH FUND -A | | None | K | T | | | | | |
| 76. | EATON VANCE LARGE CAP GROWTH FUND - I | | None | M | T | | | | | |
| 77. | EATON VANCE LARGE CAP VALUE FUND - I | C | Dividend | M | T | Buy (add'l) | 3/10/11 | J | | |
| 78. | | | | | | Buy (add'l) | 6/10/11 | J | | |
| 79. | | | | | | Buy (add'l) | 9/12/11 | J | | |
| 80. | | | | | | Buy (add'l) | 12/29/11 | J | | |
| 81. | EATON VANCE TAX M S/C | | None | K | T | | | | | |
| 82. | EATON VANCE INTERNATIONAL EQUITY-I | | None | | | Sold | 04/25/11 | J | D | |
| 83. | EATON VANCE STRUCTURED EMERGING MKTS-I | A | Dividend | J | T | Buy | 04/27/11 | K | | |
| 84. | | | | | | Buy (add'l) | 12/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. EATON VANCE ATLANTA SM CP-1 | A | Dividend | K | T | Buy | 12/21/11 | K | | |
| 86. | | | | | Buy (add'l) | 12/22/11 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
| --- | --- |
| BREYER, STEPHEN G. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P.C.
805 THIRD AVENUE
NEW YORK, NEW YORK 10022

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544